# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

Robert P. Young, Jr.,
Chief Justice

147998

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re D. J. LONGHWAY, Minor.

SC: 147998
COA: 314560
Wayne CC Family Division:
99-377296-NA

_____/

On order of the Court, the application for leave to appeal the October 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



Clerk

p1126